ROBERT M. MASTERS (admitted *pro hac vice*)
robmasters@paulhastings.com
BHASKAR KAKARLA (admitted *pro hac vice*)
bhaskarkakarla@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15TH Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 551-1700
Facsimile:  (202) 551-0238

ELIZABETH L. BRANN (SB# 222873)
elizabethbrann@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
4747 Executive Drive
12th Floor
San Diego, CA  92121
Telephone:  (858) 458-3000
Facsimile:  (858) 458-3005

Attorneys for Plaintiff
HTI IP, LLC and NetworkFleet, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HTI IP, LLC; NETWORKFLEET, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PROCON, INC.; WEBTECH WIRELESS, INC.; WEBTECH WIRELESS USA LTD.; XIRGO TECHNOLOGIES, LLC,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | CASE NO. 10cv01783 DMS (NLS)<br><br>**JOINT MOTION TO EXTEND TIME TO FILE JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**<br><br><br><br>Jury Trial Demanded |

On October 8, 2010, Plaintiffs HTI IP, LLC and NetworkFleet, Inc. (collectively, "HTI") served their First Set of Interrogatories and First Set of Requests for Production on Defendants WebTech Wireless, Inc. and WebTech Wireless USA, Ltd. (collectively, "WebTech").  WebTech served its responses on November 8, 2010.  WebTech and HTI are working to resolve WebTech's objections to HTI's requests and are hopeful that they will not need court assistance.  Given the press of other discovery matters in the case and the impending holidays, the parties respectfully request a four week extension of time to file a joint motion for determination of discovery dispute related to the two above-named sets of requests, should such a motion be required.   The current deadline for filing such a motion is December 23, 2010; the parties request that the deadline be reset to January 20, 2011.  A proposed order is submitted herewith by e-mail to chambers.

| | | |
|---|---|---|
| 1 | DATED:  December 8, 2010 | Respectfully submitted, |
| 2 | | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 3 | | |
| 4 | | |
| 5 | | By: s/ Elizabeth L. Brann<br>        ELIZABETH L. BRANN |
| 6 | | |
| 7 | | Attorneys for Plaintiff<br>HTI IP, LLC and NetworkFleet, Inc. |
| 8 | DATED:  December 8, 2010 | Respectfully submitted, |
| 9 | | FULBRIGHT & JAWORSKI LLP |
| 10 | | |
| 11 | | By: s/Miriam Quinn<br>        MIRIAM QUINN |
| 12 | | |
| 13 | | Attorneys for Defendants<br>WebTech Wireless, Inc. and WebTech Wireless USA Ltd. |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2010, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service.

                                   /s/ Elizabeth L. Brann
                                   ELIZABETH L. BRANN

-2-

CASE NO. 10cv01783 DMS (NLS)